UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMODA FULLER AHMED,

        Plaintiff,

- against -

CONGRESS MEMBER NYDIA VELASQUEZ,

        Defendant.
------------------------------------------------------------X

**ORDER AND**
**CIVIL JUDGMENT**
11-CV-4456 (RRM)(JO)

ROSLYNN R. MAUSKOPF, United States District Judge.

    Plaintiff Jamoda Fuller Ahmed filed this *pro se* civil rights complaint against the Honorable Nydia Velasquez, U.S. Representative for the 12th congressional district of New York ("Velasquez"). By Order dated September 21, 2011, the complaint was dismissed but plaintiff was afforded thirty (30) days to file an amended complaint. The Order further stated that if plaintiff failed to comply with the Order within the time allowed, "the complaint shall be dismissed for failure to state a claim on which relief may be granted and judgment will enter." Plaintiff has not responded to the Court's Order and the time for doing so has passed. Accordingly, it is,

    **ORDERED, ADJUDGED AND DECREED:** that the complaint is hereby dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this Order and Civil Judgment to plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
October 25, 2011

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge